UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

IN RE:                                                  CASE NO: 11-06320
                                                          CHAPTER 13

Anna Dusza

## NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (ECMC), an authorized agent of College Assist hereby gives notice that all presently held or future payments and correspondences to the creditor, for claim number 1 should be sent to the following address:

OLD ADDRESSES:

Nelnet on behalf of COAC
3015 S. Parker Rd, Ste. 400
Aurora, CO 80014-2904

Nelnet on behalf of COAC
1560 Broadway Ste. 1700
Denver, CO 80204

NEW ADDRESS:

Please send all **PAYMENTS & CORRESPONDENCE** to:
College Assist
PO Box 16358
St. Paul, MN 55116


Educational Credit Management Corporation


By:_/s/ Lily Garcia_____                                    Date: **6/1/2016**
Lily Garcia, Bankruptcy Processor
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408
Ph: 651-243-9093